Argued April 20, affirmed May 8, 1978

In the Matter of Alton Antonio Williams, a Minor Child.

STATE ex rel JUVENILE DEPARTMENT OF MULTNOMAH COUNTY, *Respondent,*

*v.*

WILLIAMS, *Appellant.*

(No. 54,312, CA 8868)

577 P2d 946

Jack L. Orchard, Portland, argued the cause and filed the brief for appellant.

Harvey W. Keller, Portland, argued the cause for respondent minor child. With him on the brief was Ira L. Gottlieb, Portland.

James A. Redden, Attorney General, and Al J. Laue, Solicitor General, Salem, appeared for respondent Juvenile Department.

Before Schwab, Chief Judge, and Thornton, Tanzer and Buttler, Judges.

PER CURIAM.

Affirmed. *State ex rel Juv. Dept. v. Robinson,* 31 Or App 1097, 572 P2d 336 (1977), *rev den* 281 Or 531 (1978).